# UNITED STATES DISTRICT COURT
for the

District of Montana ☑

_____ Division

**JUL 22 2020**

Clerk, U.S. Courts
District of Montana
Billings Division

Chad Stone

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Justice of the Peace Linda Canton
Sheriff Brad Bichler
Attorney Karl Knuchel
Park County Attorney Kendra Lassiter (Anderson)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Chad Stone |
| Address | 12 Mercury Lane PO box 592 |
| | Emigrant, MT 59027 |
| | *City, State, Zip Code* |
| County | Park County |
| Telephone Number | 406-220-2711 |
| E-Mail Address | OGCHADSTONE@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Linda Canton |
| Job or Title *(if known)* | Justice of the Peace |
| Address | 414 E Callender |
| | Livingston, MT 59047 |
| | *City, State, Zip Code* |
| County | Park County |
| Telephone Number | (406) 222-4170 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Sheriff Brad Bichler |
| Job or Title *(if known)* | Park County Sheriff |
| Address | 414 E Callender |
| | Livingston, MT 59047 |
| | *City, State, Zip Code* |
| County | Park County |
| Telephone Number | (406) 222-4172 |
| E-Mail Address *(if known)* | BBichler@Parkcounty.org |

☐ Individual capacity  ☑ Official capacity

Defendant No. 3
Name: Karl Knuchel/ Mike Claudette Dirkers/ Chris Williams/ Sharron Stan
Job or Title (if known): Attorney/Clients
Address: 101 N E St, Livingston
Livingston, MT 59047
City / State / Zip Code
County: Park
Telephone Number: (406) 222-0135
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Kendra Lassiter (Anderson)
Job or Title (if known): Park County Attorney
Address: 414 E. Callender
Livingston, MT 59047
City / State / Zip Code
County: Park County
Telephone Number: (406) 222-4150
E-Mail Address (if known): countyattorney@parkcounty.org

[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I contend that Linda Canton has violated the following statutes in the Montana Code Annotated: 49-1-101, 49-1-103, & 49-3-209.
I contend that her behavior rises to the definition of Official Misconduct as defined by MCA 45-7-401 and as a result does not deserve the privilege of being the justice of the peace for Park county

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
See attached document.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
See attached document

B. What date and approximate time did the events giving rise to your claim(s) occur?
See attached document

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See attached document

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Damage to my mental health. I have significant mental health records indicating the damage these people have done to my mental health. Suicidal at times. They have relied on the bigotry of the misunderstanding of what PTSD is. I have significant email communication with the Sheriff and several deputies regarding this and their continued harrassment of me on my property coupled with the lack of prosecution that has happed in regard to the criminal behavior that has been directed at me. I gave Sheriff Bichler and deputy Ryan Call complete access to my mental health records and theripist in order to have them build a case regarding the abuse of my mental health by Linda Canton, Karl Knuchel and his clients. They did nothing. I am admittiably a 100% disabled veteran and one of my service connected disabilities is PTSD. I have routinly asked that the false reporting to my house be prosecuted and nothing happens while the sheriffs department has responded or called me for my kids sledding on our property, building a snowman, weedeating, my neighbors shooting etc (all laid out in the attached document. They are killing me. They have been trying to pile on so much illegitmacy that I commit suicide. Karl Knuchel especially knows how to do this. He has experience in this. I am tired of being abused, threatened and having my mental health abused by the people we, who have appropriatly dealt with PTSD, are told to rely on to resolve some of the bigoted malfunctions people have towrds those of us who deal with PTSD. After fighting in the US Army to defend the Constitution of the United States against all ememies I want my rights and dignity back here in rural Montana.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want Linda Canton removed from her position as Justice of the Peace
I want Brad Bichler removed from his position as Sheriff
I want Kendra Anderson disbarred and removed from her position as Park County Attorney
I want Karl Knuchel disbarred for his suborring of this illegal activity
I want the Dirkers prosecuted for their false reporting
I want the restraining orders against me to be expunged from my record
I want law enforcement to be restrained from being on my property with the exception that WE call them or there is some sort of clear and active criminal behavior which there never has been.
I am asking for an independant and full review of every interaction I have had with the Justice system in Park County
I want the Park County Sheriffs department, Justice of the Peace office, and County Attorneys office to be held responsible for all of the times they have responded to my home, harrassed me, violating my constitutional rights, responding to legal activities while suborning the illegal activities of the true criminals in this matter and destroying my persuit of happiness on my property.
I want to be financially compensated for the long lasting damage these people have done to my mental health in the amount of 10 million dollars.
I want the county to be forced to buy my House/Land in the amount of $750,000. The illegitimacy of what has been done to me here has totally killed my passion for my persuit of happiness on this property and has embarrassed me so much that I am unable to go out and interact with local businesses. I want out of this county and I should not have to loose on my property because of the abuse of my rights and mental health

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/16/2020

Signature of Plaintiff

Printed Name of Plaintiff: Chad Stone

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| City | State | Zip Code |

Telephone Number

E-mail Address

To whom it may concern,

I am submitting the following criminal complaint against Justice of the Peace Linda Canton, Sheriff Brad Bichler, Park County Attorney Kendra Lassiter, Attorney Karl Knuchel and his clients. Until these criminals are brought to Justice for their criminal behavior, violation of my Constitutional Rights, Misconduct, retaliation, discrimination, misandry, violations of her Judicial ethics, and blatant disregard for Montana law disregard for US and Montana constitutional rights there is no justice in Park County Montana.

    Chad Stone (I) am a 42 year old male and resides at 12 Mercury lane Emigrant MT 59027. I have been a law abiding citizen my entire life. I have never been arrested, charged or accused of criminal behavior. I have not received as much as a traffic ticket in well over 20 years. I have not had to interact with a court system ever in my life until moving to Park County Montana. I am proud of the fact that I have no criminal record. I am a person who has multiple disabilities, I have a 100% disability rating as a veteran having served in the United States Army. I lost my youth and spilled my blood to defend the Constitution of this United States and I am sick and tired of seeing my sacrifices and the sacrifices of my brothers spit on my the rogue Justice of the Peace in Park County. The illegal and unconstitutional activities towards me in this County must be met with Justice. Justice demands that noone is above the law and these people are operating outside of their legal guardrails.

    My first interaction with Linda Canton was in 2015 during my divorce. My ex wife was exhibiting violent and stalking behavior. She attempted to run me over with a car, she attempted to cut down a door at my house in an effort to gain unlawful entry, multiple times she was outside banging on the house at 2:30ish in the morning attempting to gain entry, she unlawfully entered my mailbox and took mail that did not belong to her and she was observed following me as I was driving. Truly criminal and threatening behavior. I am still terrified at what this woman is capable of. During this time we had a mutual no contact order in place which I also initiated. Each of these violations of the no contact order was reported to law enforcement. Law enforcement regularly told me "You look big enough to handle yourself." I filed for a restraining order against my ex-wife with the justice of the peace. Linda Canton rejected this restraining order without a hearing. This action by her is not only a violation of her code of judicial ethics it is a dehumanizing abortion of justice. The fact that my ex wife is to this day empowered to harass, manipulate, and abuse me after she clearly committed felonies has had a devastating impact on my mental health and my ability to even interact with this so called justice system. When I go to my mailbox I am overwhelmed with anxiety. I regularly throw up in the parking lot. This is real fear. I have gone as many as 4 months without checking my mail just to avoid the anxiety that this injustice has caused me.

    In 2016 I asked the Justice of the Peace of a restraining order against a lady I met on a dating service. I had a No Contact order against this lady that I had obtained from Brian Green Park County Lead Detective. This lady routinely violated the no stalking order with email and text message communications. These were reported to law enforcement and I was advised to

obtain an order of protection. I filed this order of protection with the Justice of the Peace and it was dismissed without a hearing.

CV-635-2018-1092-OP, CV-635-2018-1059-OP These cases spawned out of two of my neighbors who together have been able to obtain a restraining order against me. This is how we go here. I am in a huge financial crisis. My ex wife spent my retirement savings and passive income during our 2 year marriage. Well over $150,000. I am unable to work full time regular employment due to multiple disabilities. I am struggling and tired of struggling. During the spring of 2018 I had the idea to start a firewood business using equipment to cut firewood. I was unable to fund the equipment so at the urging of a friend I started a GoFundMe page. However it happened, Sharron Stanley (la Williams) found my GoFundMe page. She confronted me on my property about the business. She told me she was going to do everything she could to stop me. She told me that my business was "illegal" and against the GLA covenants despite the fact that there are two other firewood businesses in the GLA. One of which her husband Chris worked at for a few days and la had regularly gleaned wood chips for her chicken coop. I hired Chris and gave la permission to glean the wood at the wood operation. Further, the wood operation that I wanted to buy is currently operating behind the county maintenance building in Livingston. It was owned at that time by Lynn Eshako. The firewood business has changed a lot in the last 6 years. The price of logs has increased 100%. What became clear to me is that the firewood business would be a financial loser and I dropped the idea. Having said that I did have 1 load of logs delivered to my house, in order to heat my house over the winter. Logs are regularly delivered to many homes in the GLA. Many including Chris William's and Sharon Standley. Many people including Chris William's and Sharon Standley use a chainsaw and gas powered splitter on their property to cut and split those logs. However the delivery of those logs sent the Williams and Dirkers into another of their many tizzy's. They have been harassing me since I moved to this property 7 years ago. Since I have moved here I have had to deal with multiple complaints to the GLA from the William's and Dirkers. Their favorite tool of harassment has been the Glastonbury landowners association. They have pushed the GLA to violate state law and my constitutional 2nd amendment rights, they insisted that the GLA violate my 4th amendment rights insisting that the interior of my home be inspected by a GLA board member. Then came their opposition to me using my freedom and innovation to dig myself out of this financial hole with their obtuse opposition to me starting a firewood business, not knowing anything about my plans just because it is me doing something good for myself. During this time I sent two emails ( May 20, 2018 and Aug 9 2018) to the plaintiffs. The first email subject line was "Upset" where I described that the plaintiffs actions to stop me from buying a firewood business in Livingston, 30 miles from where we live, upset me and I invited them to coexist with me. The subject line of the second email was "Mind your own business" Where the Plaintiffs were invited to stop harassing me and mind their own business. These emails were presented to Linda Canton as evidence of my threatening behavior. Nothing in those emails constitutes a threat. The fact is that I have a restraining order against me because I told serial harassers to stop, no, don't leave me alone in no uncertain terms. It is laughable that anyone would consider this injustice I am languishing under to be considered just. The plaintiffs continued their harassment and threatening behavior and once again went to the GLA to misrepresent my

intentions and try to stand in the way of a disabled veteran doing everything they can to prevent me making money to feed my son and myself. I will not apologize for telling these misanthropes to leave me alone in no uncertain terms! I have often heard that if you mess with a man's family, house, or money it is war and these freak show people and the human garbage that empower them started this and it is war. War is fought in many ways, not just physical violence. I am not a physically violent person. I have a long history proving that. I am however very aware that my God given rights are the tools that I can use to fight back. Specifically my first amendment rights! Those rights are specifically in place to protect me from Linda Canton who lacks the constitutional authority to tell me where I can and can't be on my property, what I can and can't say on my property, what I can and can't listen to, what equipment I can or can't use on my property, if I can or cant cut firewood to heat my home, if I can or can't weedeat. This is backed up by multiple supreme court rulings including Elonis vs. The United States. Linda Canton has an obligation to know this law and follow it. Linda wrote a restraining order that restrained me from owning guns for 10 years despite I have never committed a violent act or a gun violation. Her restraining order prevents me from being in my kitchen. In her restraining order she specifically prevents me from weedeating, operating equipment, running a chainsaw, being on my property, yelling at my serial harrassers to leave me alone, and a variety of other unconstitutional orders. She has laid a tremendous burden on Law Enforcement who agree with me that this order is illegal. She has empowered the Sheriff's department to respond to my home for the criminal acts of sledding with my children, a complaint that a snowman that my children built was "flipping off the neighbors" the list of egregious complaints is too long and nonsensical to enumerate. The fact that Linda Canton has left all sense of the law at the door in her effort to criminalize behavior protected by the the constitution and law, or in the case of weed removal from ones land it is demanded, while elevating her own bias, prejudice and bigotry only proves the case that she is specifically disqualified for the position she holds as "justice of the peace" and her deeply rooted bias, prejudice and bigotry guide her decisions not the law. This restraining order is illegal and she should be held criminally and civilly responsible for this injustice she has committed against me. She is an affront to the law. The plaintiffs listed a long list of very legal and very normal activities that I have participated in as "evidence" of my threatening behavior. It is my understanding that they have called law enforcement over 50 times in regards to me weedeating, cutting wood for my house, removing fence on my property, cutting down a tree on my property, legally harvesting animals on my property, sledding with my 4 year old son, my sons snowman "flipping them off", using a skid steer to improve my garden and driveway, legal/protected by MCA use of firearms on my property, "speeding" in my driveway, fireworks in celebration of new years, and listening to music whose lyrics they find offensive. None of these are threatening. In fact some of what they have done specifically in harassing me taking wild game on my property is illegal according to the MCA and THEY should be prosecuted. All of these no matter how true or dishonest the claims are not threats and are expressions of my constitutional rights rights as a landowner. Law enforcement has never arrested, detained or threatened to arrest me for anything I have done on my property just unmitigated harassment. I am a guy trying to live his best life on his property. The plaintiffs furnished witness, Audry Dejanularupis who committed perjury. (see deputy Ryan Calls report 644) What I have discovered specifically about this testimony is that she presented activities

that are specifically protected by the MCA as nefarious and "threatening." Further the actions she testified that I participated in on my property were actually the actions of a Sonoma county California Sheriff's deputy, a guest of mine, who had my explicit permission to do on my property! Again no crime no threat, nothing illegal. They claimed that the lights on my truck which are in compliance of the mandated by law 75 foot rule are a threat. I live in the middle of nowhere, I often have children in my car, I have already hit two elk, yes I have the brightest lights allowed by law! This is not a threat! This lack of criminal behavior on my part has only been proved out by law enforcement who has repeatedly told me that what I am doing is not illegal and I do not have to stop. When this order came from Linda Canton I was told that Sheriff Brad Bichler and Under Sheriff Clay told the judge this was an illegal order that is not enforceable and yet they sent deputies to my home more times than I can count because of me "violating the order" for having the audacity of being on my property. These law enforcement professionals have often referenced the order to me as "bullshit." This opinion has been backed up by the county attorney who has written an opinion on the illegitimacy of this order. In a memo dated April 19 2019 county attorney Kendra Lassiter lays out MCA regarding orders of protection and a few of the ways this one is illegal. In the closing of her memo she states that the plaintiffs do not fall within the eligibility of criteria set forth for an order of protection and her office can not take action as regard to this order. Yet the order remains and the true aggressors/harassers remain unprosecuted. My 2nd amendment rights are being violated by a scumbag judge. Let me tell you that as a veteran who has run towards bullets in the name of defense of the Constitution of the United States I find this behavior from "Judge" Cantin to be in line with the behavior of terrorists. She should be charged as a terrorist. It is my understanding that the 6th district court judge has affirmed the county attorney's decision. During the hearing, what was most shocking to me is the level of surveillance that the plaintiffs have me under. During the restraint order hearing the level of surveillance of me and my property by Claudette Dirkers was scary to me. They are so self worshiping any opposition to their pernicious and tyrannical demands is a "threat" to them. Claudette knew more about my life than I did. She testified about me participating in very normal behavior, but described it as nefarious. A "threat" to her. She testified about me participating in behavior that was impossible for me to be participating on dates and times I was proveably out of town or otherwise engaged. I have social media posts from concerts and other cities where there are photos of me other places with time, date, and location stamps proving that I was not on my property while they accused me of activities they describe as nefarious, even though they are not. Mike Dirkers accused me of driving in a manner that is physically impossible and it is physically impossible for him to see what he claimed he saw from the position he testified that he was in! When pressed on this issue by his own admission it came down that my truck was too loud. Not a threat. It is also very instructive that they have called law enforcement for all manner of aforementioned activities and yet not one time have I been arrested, detained, told what I was doing is illegal. Quite the opposite. I am extremely proud of my driving record and if what I have been accused of was real behavior it would be showing up in other areas of my life. Instead I have a 20+ year clean driving record. A totally clean criminal record. I have held the highest level of security clearances. I have 3 college degrees including criminal justice. It's unfortunate that evidence like this is ignored for a lie. Their case against me also included accusations of wrongdoing with

firearms on my property. First I want to address that the United States and Montana constitutions as well as Montana code annotated preserved my rights to shoot on my property. One of the times they called the sheriff's department they heard a shot and called the Sheriff. I had to speak with Deputy Hopkin He said "They heard a shot and saw you outside." I was confused because it was hunting season, I hear shots up here all the time. That is no reason for me to be contacted by the sheriff's department. To this point on Friday May 10th 2019 I heard shots coming from William's place. Bullets ricocheted off of my property. This was also heard by my renters. In quite possibly the most bizarre accusation they accused me of honking my horn to disturb their peace. Until the weather got warmer this spring I was baffled by this accusation. This spring I realized that it was not me honking horns but it was my 4 year old son honking the horn on my 4 wheeler. As they have yet to get a restraining order against the "scary" 4 year old having fun and honking a horn on a 4 wheeler I have not stopped it. None of this is threatening behavior. During the time that the Dirkers/Williams were bastardizing our justice system I filed for a restraining order against them. I enumerated the 6 years of non stop harassment of me by the plaintiffs. I demonstrated the fact that they continue to use the GLA not to report any actual violations of our covenants but to use the GLA in the same way they use the Sheriff's department to abuse me. I presented evidence and their own testimony that they have trespassed on my property. THEY presented Surreptitious videos (MCA 45-5-223) taken by THEM as they surveilled my children, wife and myself as evidence. Surreptitious visual observation/recordation presented as evidence and the order of protection is against me. I get no hearing before Judge Cantin. If I haven't said it already, not one of their complaints against me with the GLA or Sheriff's department have produced any fruit of violations of the landowners agreements or violations of the law. It is just their inability to manage their own unchecked mental illness and their determination to force their neighbors to live a troglodyted lifestyle like them. It should be noted that I am not the only immediate neighbor these sick people are abusing. Of course these neighbors and people who were living on my property at the time of these attacks were not allowed to testify about the unmitigated harassment of them and me. Linda Canton would not allow them to testify. It was so disgustingly one sided bias and dehumanizing. My restraining order application was denied again without a hearing. I used the opportunity of being in the court to beg for relief from the real threatening behavior. Linda Canton responded to this with a comment about me "ranting". I am not ranting, I am begging for actual justice. It is these people who will not leave me alone not the other way around. This hearing ended with a 10 year restraining order against me including the denial of my firearms despite the fact that I said nothing that could constitute a threat no weapon has been used in a nefarious manner. Quite the opposite. At one time I was a firearms instructor and I am extremely safe with firearms. I have been shot twice and I know how life threatening firearms can be when misused. The four fundamentals of firearms safety are drilled into our 3 kids heads. Linda Canton has determined that no matter the fact that I have never committed a crime there are criminals who live in this county that have more rights than I do. She has elevated her own personal bias, misandry, and bigotry above the law. I will not abide this tyranny. Who does she think she is? King George III? This is not justice, this is tyranny dished out by someone who's sense of freedom is more in line with Osama bin Laden than the US constitution and Montana law. This is ignoring and blatantly flouting the law by a judge. 5 times I have raised my hand to

protect and defend the constitution of the United States against all enemies foreign and domestic. I never expected that the greatest domestic enemy of the constitution would occupy the elected office of "Justice of the Peace" in park county Montana. Her actions are not that far removed from the actions of terrorists who seek to destroy our constitution and God given rights. Her actions necessitate her immediate removal from office.

Meanwhile, both my wife and I have had our vehicles vandalized multiple times and the Dirkers are suspected. They have admitted to trespassing, they videotape our children like pedophiles, they are suspected of putting a toy gun in our driveway, they file a no stalking order against me and call the sheriff to say I am violating it when I pull in my driveway, they are suspected of killing a farm animal, placing a gun in our driveway, the false reporting to law enforcement is unrelenting and we can not get justice. Kendra Lassiter continues to wallow in her own fecklessness and allow the abuse my neighbors are perpetuating against my family.

I want to address the dehumanizing experience of sitting in Linda Cantin's courtroom. The plaintiffs filled the courtroom with their sycophants. During testimony the audience was repeatedly interrupting, audibly gasping, making repugnant comments, and generally being disruptive. Opposing counsel was allowed to harass me and openly accused me of recording the proceedings. The fact is that Linda Canton's courtroom looked more like a kabuki clown show than a place where justice was happening. Multiple times I asked Linda Canton to control the audience, something she refused to do.

The facts are that Linda Canton's ruling has also produced an extraordinary and unnecessary burden on law enforcement. They have been to my house for me, weedeating, sledding with my son, doing driveway work, cutting firewood, my son's snowman, on and on. Law enforcement officials should not have to deal with these situations not only because they are legal activities but because it is this type of false reporting that takes away from law enforcement abiding to deal with real emergencies, real law enforcement situations. The fact that the do respond to my house for these activities only indicates their culpability in this abortion of justice. Currently we are told that we taxpayers need to fund additional law enforcement because they are stretched so thin and yet it is an elected official who is creating this situation by issuing unlawful, unconstitutional orders that she was warned by law enforcement would contribute to the situation we have here. How many people were hurt or injured while law enforcement couldn't get to them because law enforcement was busy dealing with the "threat" of me and my 4 year old son sledding on our hill on our property? Linda Canton is too busy empowering the problem people rather than administering justice. She should personally be held liable for the cost to law enforcement and this country for wasting taxpayers dollars in her pursuit of her own bias, misandry and bigotry. There are ongoing conversations with law enforcement and the county attorney about charging the plaintiffs in this case with false reporting. Something that I hope our county attorney has the backbone to do.

In August of 2019 I married my wife. Our daughter and her son moved into my house. My wife has suffered at the hands of a truly threatening behavior of her ex husband. He is a serial abuser. He has been convicted of two PFMA assaults. He has lit her mattress on fire, hit and abused her. Recently I read a statement from another person who he abused and it is downright scary. She spoke of him ripping a light fixture out of the ceiling and throwing it at her and her minor child, throwing her in the broken glass. She referred to him as a sociopath, something that

I also believe to be true based on my experiences with him. This woman is a professional and considering he went to jail for the incident I believe her. When we got married he went into a downward spiral. He lives in Belgrade and we have seen him on our dead end dirt road in Emigrant. I have seen him following me from picking up his son, my step son from school. More importantly his communication towards myself and my wife is threatening. In October 2019 I applied for a restraining order against this man. A month later I called to find out why I had heard no communication from the court and I was asked "why didn't you have your wife file this?". Here we are June 3 2020 and there is still no word from Linda Canton's "Justice Court."

- My wife's ex husband has also used the opportunity of learning about these restraining orders to further upset our life. Using this illegitimate garbage as a basis to file endless motions in the 18th court before Standing Master Bowen. We now have to go to court again because these restraining orders are being used by a sociopath to continue his abuse. This abuse is only empowered by Linda Canton through her capacity as "Justice of the Peace." SHE IS HUMAN GARBAGE THE WAY SHE HAS EMPOWERED THE HARASSMENT OF A COMBAT VETERAN! WHERE DO I GO TO GET MY DIGNITY AND GOOD NAME BACK? SHE IS LUCKY I AM NOT A VIOLENT PERSON. SHE IS AN ENEMY OF THE CONSTITUTION AND SHOULD BE TREATED AS SUCH! I want her to go through the same hell she is putting my family through!

- On December 9th 2019 while attending my wife's, son's Christmas play I was assaulted by my wife's ex husband. There has been a complaint filed with Gallatin county sheriff's deputy, Clark. This incident should have never been allowed to happen and if Linda Canton was interested in upholding the law instead of using her position to retaliate it never would have. It is inhuman for me to have to suffer an assault at the hands of this man when something should have been done about it months before. There is no justice for me in the Park County justice system. On the same day I applied for the aforementioned restraining order, I filed a motion to end the aforementioned restraining order against me. Again there has been no communication from Linda Canton's "Justice Court" as mandated by Montana law and the Constitution.

The systemic injustice I have suffered at the hands of Linda Canton has had a negative impact on my mental health. This has been well documented with emails to the Sheriff's department and my interactions with my mental health partners. It is well documented how injustices like this have driven veterans to suicide. Read Outside Magazine article "The Mountains weren't enough" and other articles dealing with the shame that 22 veterans a day commit suicide. Trust me I feel this. Having done so much for this country, sacrificing my body, my ability to provide for myself, only to be further marginalized and abused by a system of justice that I have fought to protect is almost more than I can take. Thank you for your service feels more like fuck you for your service here in Park County. This illegal garbage at one point had me wanting to blow my brains out. Ryan Call at the Park County Sheriffs department has a lot to do with the reasons I didn't. I am struggling with the fact that I fought for constitutional rights, the law, judicial ethics are of no consequence to Linda Canton or the real aggressors in this case. This inhumane treatment proves to me that I wasted my life in service to others. I fully expect that the justice system is going to fail me here as well and continue to empower the problem but I am willing to go through the process. I have wasted my life in service to this country so Linda Canton can illegitimately destroy people for her own personal enjoyment,

make rulings based on her own bias, prejudice and bigotry. This inhuman mental health abuse by Linda Canton rises to the levels defined Official Misconduct as defined in MCA 45-7-401 Currently we are dealing with more threatening behavior from our neighbors. Crickets from Linda Canton. This woman is a criminal disguised as a "Justice of the Peace" and needs to be brought to justice. No matter the outcome of this investigation I will continue to openly violate this order in an act of civil disobedience to this tyranny.

Karl Knuchel is using his position as an attorney for Lindsey Stone and Mike and Claudette Dickers to abuse/harass me and my family. Both in Justice Court and in District Court Karl has testified on the part of one of his clients in the case of the other, violating his code of ethics. One example of this was when we were in district court last time with the Divorce case with Lindsey and I had to respond to the allegations of "revving my truck up" and other noise complaints from the Dickers. This was presented as "a threat" Thinking back to this I remember moving some firewood to heat my house, getting stuck in the mud and having difficulty getting my 4 wheel drive to engage. Not a threat, not harassing, not criminal, just trying to be a responsible adult and heat my house but I get abused by it by Karl in court. He misrepresents my actions as nefarious in order to paint a lie about me and advance himself financially. It is some of the lowest forms of human behavior. This is one example out of many. It is a testament to my self control that I have had to labor under the pathological dishonesty that has been accepted as truth in the "Justice System" by Karl Knuchel. Had I known or been able to afford any representation I would have known to object due to facts not in evidence. I just do not have the aptitude due to my service connected injuries to even deal with this appropriately and I am not able to afford an attorney so I just keep getting screwed. I am so overcome with anxiety in that room that I am unable to properly engage what is going on in that room and it is held against me. Karl knows this and goes out of his way to make up as outlandish of an accusation as possible in order to get a PTSD reaction from me. It is what he did when he exploited my childhood trauma for Lindsey's financial gain. It is inhuman and I should never have to accept being abused by my childhood abuser as a 43 year old man by a lying scumbag who is doing it to advance himself financially off of the back of a disabled veteran. Noone should ever be treated like this in any situation let alone a place where justice is supposed to happen. I came home changed from my military service and I am just abused and taken advantage of for that. Karl has suborned the perjury of people like Audrey Dejangelarious in justice court (See Ryan Calls report 644). He is using his position as a "servant of the court" to harass and abuse me. He, to this day, is pursuing an illegitimate restraining order against me. (See County Attorney Kendra Anderson's memo regarding the legality and enforceability of the illegal restraining order) When this didn't work he asked the Sheriff's department to issue me a no stalking no harassment order on behalf of the Dickers. This was done, and as I pulled into my driveway from that meeting with the Sheriff, it was the Dickers who approached me then called the Sheriff's department with another of their false reporting claims that I threatened them. This event was captured on multiple devices and presented to the Sheriff Brad Bichler who said I did nothing wrong. He said "looks like a guy pulled into his driveway and began to unload a piece of rental equipment while his neighbors approached him and filmed him." Karl is driving this. The intentional screwing with my mental health/gaslighting that "servant of the court" Knuchel is

participating in should never be tolerated by ANYONE! He has encouraged the Dickers to harass us with an unrelenting manner that is inhuman. There have been well over 50 cases of false reporting to the police of our legal behavior on my property. He is going out of his way to elevate PTSD and creating a crisis so he can financially benefit from it. What scares me and makes me the most angry is what he is doing to my children. His advice to his clients is to film my children and harass them into being too scared to be outside on our property. He has instructed them to call the sheriff when my kids are sledding on our property, there have been accusations to the sheriff's department that the snowman my kids built was flipping off the Dickers, when our kids are in our garden there is the Dickers dutifully filming them. I see that behavior to be more in line with that of a pedophile. When I weedeat the sheriff comes to my house, when I cut firewood to heat my home the same thing, work in my garden here come the Sheriff's department, eating Christmas dinner 2019 I had to respond to the Sheriff's department because Karl Knuchel encourages my malfunctioning neighbors to abuse me. My birthday celebrations 2020, here comes the police. The unmitigated harassment of me by Karl only further serves to prove that he is a bottom feeding lying piece of human garbage who hides behind the "justice system" as a right to abuse/bully/harass people. I think that he is lucky that the accusations he has made about me are untrue. I have sat here and taken it. Begging the justice system as I have for the past few years for relief without avail. When I take action, on my property, to protect my kids and family he accuses me of some other nefarious activities and here comes the Sheriff. His continuing to use the "justice system" to harass me has included allegations of criminal conduct that HAVE NEVER HAPPENED, misrepresentations of my military service that has been wholly dehumanizing to me. I refuse to capitulate to anything he accomplishes in court against me because it was him and Lindsey who had to reabuse me with my childhood trauma, use the trama of my abuser to further perpetuate that abuse, misrepresent my disabilities, misrepresent my military service, misrepresent the good things I have done for myself, misrepresent my income, misrepresent her income and contributions to a house I had paid for 5 years before I met her, my ability to work, and my mental health to abuse me and achieve the illegitimacy they have achieved. They have used a made up text message to accomplish an illegitimate and damaging to my mental health order then used that order to slander me in this community. Maybe other people sit back and let others abuse them and lie about them the way I have been abused in this "justice system" but I refuse to accept a lie for the truth, I refuse to sit back and allow someone to harass/bully/lie about me for their financial gain. I am innocent of the allegations that have been made against me and I refuse to accept a lie for the truth no matter who believes the lie. The abuse of my mental health in the justice system is a sick representation of the virtue signaling (misandry) that passes off as justice. My restrained response to the abuse I have suffered at the hands of Karl and his clients through the justice system is evidence of my non violent nature. He has only pushed me to believe that there is no justice for people who can not afford a professional liar, like Karl. I have told the truth in court and am laboring under its punishment because of it. Its gross, its wrong, its immoral, it should be illegal and criminal what he has done. A lot of things have been stolen from me by Karl and Lindsey but my dignity and good name is what I want back the MOST I have no idea how someone who is so widely renowned as being a lying depraved sick abuser has anything he says accepted as truth in a courtroom. Every person I have spoken with who knows Karl in a

professional manner including his clients have referred to him as a liar who can bend the law to achieve his own sick sense of justice. I have had to deal with two county attorneys who both have spoken to me about Karls "do anything-say anything" approach to winning in court. It is filthy gross. I do not have it in me, it is not in my ethos to roll around in the feces he creates in the "justice system." I am a good man, I am a law abiding citizen, I am an honest man, I have been my whole life and I WILL NOT accept anything that accuses me otherwise. I am a great father and what I provide for all of my children should be celebrated not attacked. Living under the lies that have been told about me is almost more than I can take. It is killing me. Early on, I was suicidal because of having to live under the falsehoods, misconceptions and quite frankly bigotry that I have had to endure at his hands. I spent my youth fighting to defend the constitution only to come home, be abused by that service, have it and me misrepresented, and forced to wear the scarlet letter of PTSD by the ignorant who have no clue what PTSD really is and are more interested in marginalizing than thanking for service and see a justice system that has no semblance of justice. He has routinely violated his rules of professional conduct including his duty to pursue the truth. Karl has falsified evidence, altered evidence, concealed context of that evidence that has had evidentiary value and encouraged both Lindsey and the Dickers to do the same, he has suborned perjury, he has alluded to matters in both cases that have no relevance in the other case, and is generally a pretty horrible person.

RULE 3.4: FAIRNESS TO OPPOSING PARTY AND COUNSEL
A lawyer shall not:
(a) unlawfully obstruct another party's access to evidence, unlawfully alter, destroy or
conceal a document or other material having potential evidentiary value, or counsel or
assist another person to do any such act;
(b) falsify evidence, counsel or assist a witness to testify falsely, or offer an inducement to
a witness that is prohibited by law;
(c) knowingly disobey an obligation under the rules of a tribunal except for an open refusal
based on an assertion that no valid obligation exists;
(d) in pretrial procedure, make a frivolous discovery request or fail to make reasonably
diligent effort to comply with a legally proper discovery request by an opposing party;
(e) in trial, allude to any matter that the lawyer does not reasonably believe is relevant or
that will not be supported by admissible evidence, assert personal knowledge of facts in
issue except when testifying as a witness, or state a personal opinion as to the justness of a
cause, the credibility of a witness, the culpability of a civil litigant or the guilt or innocence
of an accused; or
(f) request a person other than a client to refrain from voluntarily giving relevant
information to another party unless:
(1) the person is a relative or an employee or other agent of a client; and
(2) the lawyer reasonably believes that the person's interests will not be adversely
affected by refraining from giving such information.

It has come to my attention late in 2019 that Simone Simpson and Lindsey Stone probably knew each other before I knew Simone and there was probably a coordinated and concerted effort to

set me up, hurt me, and impact my mental health. It's probably why the tracking software was installed on my phone by Simone when I used her bathroom on our second interaction. Its probably why I observed Lindsey driving from Helena the day I drove to Helena to meet Simone. I wonder the role Karl had in the meeting Lindsey and Simone had in Helena hours before I met Simone for the first time. The fact that my phone was provably hacked by SImone and NOTHING has been done about that just proves there is no justice for me in this county. THe fact that the bullies I live next to have not been charged with false reporting proves to me there is no justice in this county. It's all about nepotism.

At the encouragement of the Sheriff's department and because of the ongoing bullying of us by Karl and his sycophants, we have installed a surveillance system on our property. Less than a month ago Karls clients, the Dickers, were observed flying a drone over our property after we have taken significant steps to block their view of our house/property because of the videotaping of our children. I called Karl and told him to knock it off; he denied his client's involvement. The video clearly shows someone with a flashlight standing on the Dickers property while a drone circles around a building on my property. We had a gun left on our property, then 4-6 hours later someone came on our property and rang the neck of one of our ducks, both Mel and I have had our vehicles vandalized on our property, and the false reporting to the sheriff's department continues unmitigated. The slander of me continues unmitigated. The misrepresentations of my military service continue unmitigated. The Dickers have admitted to trespassing on my property and nothing was done by the "justice system". Yet I am supposed to accept the lies he has perpetuated as the truth. I have routinely asked for prosecution for this false reporting, vandalism, slander, harassment, and trespassing and I have not yet gotten justice. We get zero follow up on any investigation, just more harassment when we garden. Meanwhile, it is my understanding that Karl and the Dickers are preparing further litigation against me because of their perceptions of me, us, and our lifestyle that have nothing to do with them. The Dickers are a couple of troglodytes that have problems with most of their neighbors. I don't have the problems with my neighbors they lie about. I have used one of my neighbors shops regularly to work on my vehicle. I have another neighbor who lives directly across from me and adjacent to the Dickers who has become a dear friend. We have friends in the neighborhood whose kids come here and visa versa. Yet another who's property also touches mine has their kid and our kids crawling through the fence to visit each other/play/have sleepovers. I have asked the Justice court for a restraining order against Karl for his using the legal system to embarrass, burden, and harass me as outlined in 4.4 of his professional code of conduct but I can't even get a hearing. A fake text message comes up that communicates no specific threat to anyone and I have a 3 year restraining order, I tell the Dickers to leave me alone and I get a 10 year restraining order, that was ultimately rendered illegal, but the abuse and attempt to not even let me be in my kitchen from Carnival Karl and his sick clients continues unabated. Someone is activally abusing me and I can't get a hearing. There was NEVER A THREAT TO ANYONE FROM ME AND I REFUSE TO ACCEPT THE LIE OR CONSEQUENCES OF THOSE LIES ANY LONGER! It's immoral, illegal, unconstitutional and dehumanizing. It is not justice. Park County is not a place where justice happens, criminals are empowered by our "justice system."

Further, on multiple occasions Mel and I have observed Lindsey's therapist, I can't remember her name, surveilling our property. On Friday June 26 2020 upon returning from a family camping trip both Mel and I observed Lindseys therapist blocking our driveway with her vehicle and taking photos of our property. I confronted her and told her to stay away from me but this will also probably be presented to the court as a threat in spite of the fact that she was the aggressor. We live at the end of a dirt road and Lindsey's therapist has no business filming us or our property or being anywhere near me, but this behavior will probably be excused as innocent and I will be presented as the problem and gaslight some more. I regularly see her and her male partner on their bicycles or walking by our property and using binoculars and taking pictures. We see this spying on our property by Lindsey's therapist to be the hand of Karl Knuchel further working to bastardize the justice system, violating his code of professional conduct. He is conflating the abuse of me from both of his clients. What is his role in this behavior? No matter what I know that the truth is not in Karl, and we probably will be given an honest response regarding his role in this surveillance of us because the truth does not live in him. I have become aware that he routinely uses this therapist to abuse men in court exactly the way I was abused by her. It is no wonder that therapist can't be spelled without rapist... that's exactly what this "mental health professional" did to me with the misrepresentations of who I am, what happened in my marriage to Lindsey, my mental health and childhood experiences. Where do I go to get my dignity back that has been stolen by this lying thief who is now surveilling us as well?

All of this abuse and bullying of me was then used by my wife's ex husband in an attempt to affect her residential schedule with her son in the Gallatin County Court system. Her ex husband who has also trespassed on our property, assaulted Mel, assaulted me, has two other PFMA convictions, has stalked us and I can't get a hearing for a restraining order when he assaulted us in December 2019 or even a response from the court system for that matter regarding that restraining order, other than "your wife should have submitted this." I have pictures of this man on our property in Emigrant, who lives in Belgrade, and I can't even get a response from our justice system, which would appear to be a violation of Judicial Ethics.

In an effort to meet the obligations that this court ordered me to meet I have been actively working for 2 years to sell 5 acres of my property. Karl has refused to work with my representation on that issue to provide him with the Quit Claim deed this court ordered him to provide and has been actively obstructing my efforts to meet this obligation so I refuse to capitulate.

It is for all of these reasons that I am asking that Karl Knuchel be removed from this case as Lindsey's attorney and declared a conflict of interest as it relates to anything Chad Stone, Melissa Stone, or anything Homestead Stone-Smilesalot. He should not be allowed to abuse me or the justice system any longer. Frankly it would be nice to see someone, anyone, stand up for me and the mental health abuse, disgusting misrepresentations of my military service, the misrepresentations of my ability to work, the lies about me participating in criminal behavior, the lies about my "threatening behavior" and submit him to the bar association for his violations of

his professional conduct and illegal behavior but I will hold my breath. Some of you have a professional obligation to report these violations to the appropriate state governing body. It would be nice to see a real pursuit of the truth instead of laboring under this pathological dishonesty and bullying.

In the pursuit of justice I am asking that you interview the following people:
Park County Sheriff Brad Bichler
Park County Undersheriff Clay Herbst
Park County Detective Brian Green
Park County Deputy Tad Dykstra
Park County Deputy Ryan Call
Park County Deputy Joe Brown
Park County Deputy Renton Stoddard
Park County Deputy Lewis
Park County Attorney Kendra Lassiter
Mel Stone