UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE,<br><br>                Plaintiff,<br><br>vs.<br><br>CANTON, ET AL.,<br><br>                Defendant. | CV-20-109-BLG-SPW-KLD<br><br>PRO SE REQUEST TO FILE<br>BY EMAIL PER L.R. 83.8 |

       I, _____, hereby request the Clerk of Court to agree to accept by e-mail scanned documents I submit for filing in the electronic record of this case.

       In support of this request, I agree that:

       1.     Permission to file by e-mail is limited to this case only.

       2.     I will sign by hand all documents submitted by e-mail.

       3.     All documents I submit by e-mail will be in PDF format, produce a legible electronic image, and be no larger than 15 MB. It is at the discretion of the clerk's office as to how documents are filed in the electronic record of the case. In addition, the e-mail will be filed in the electronic record of the case.

4. I will only submit documents from one e-mail address; the e-mail address I will submit documents from is _____.

5. I will send all documents for filing to the following e-mail address: prosefilings@mtd.uscourts.gov

6. Permission to file by e-mail may be revoked by the Clerk of Court at any time.

DATED this _____ day of _____20____.

 

_____
Printed Name

_____
Signature