# UNITED STATES DISTRICT COURT
for the

District of Montana  [▼]

_____ Division

Chad Stone

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

District Court Judge Brenda Gilbert
Attorney Karl Knuchel
Park County Attorney Kendra Lassiter (Anderson)
Park County Sheriffs Department

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ✔ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Chad Stone |
| Address | 12 Mercury Lane PO box 592 |
| | Emigrant, MT 59027 |
| | *City / State / Zip Code* |
| County | Park County |
| Telephone Number | 406-220-2711 |
| E-Mail Address | OGCHADSTONE@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Brenda Gilbert |
| Job or Title *(if known)* | Justice of the Peace |
| Address | 414 E Callender |
| | Livingston, MT 59047 |
| | *City / State / Zip Code* |
| County | Park County |
| Telephone Number | (406) 222-4170 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Kendra Lassiter (Anderson) |
| Job or Title *(if known)* | Park County Attorney |
| Address | 414 E. Callender |
| | Livingston, MT 59027 |
| | *City / State / Zip Code* |
| County | Park County |
| Telephone Number | 406-222-4150 |
| E-Mail Address *(if known)* | countyattorney@parkcounty.org |

[ ] Individual capacity  [✔] Official capacity

    Defendant No. 3
        Name                         Karl Knuchel
        Job or Title *(if known)*     Attorney
        Address                     101 N E St, Livingston
                                   Livingston              MT            59047
                                          *City*                     *State*         *Zip Code*
        County                      Park
        Telephone Number     (406) 222-0135
        E-Mail Address *(if known)*

                 [ ] Individual capacity     [✔] Official capacity

    Defendant No. 4
        Name                         Park County Sheriffs Department
        Job or Title *(if known)*
        Address                     414 E Callendar
                                   Livingston             MT            59047
                                        *City*                     *State*         *Zip Code*
        County                      Park County
        Telephone Number
        E-Mail Address *(if known)*

                 [ ] Individual capacity     [✔] Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

            [ ] Federal officials (a *Bivens* claim)

            [✔] State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? First Amendment, Second Amendment, Fourth Amendment, Fifth Amendment, Eighth Amendment, Ninth Amendment, Equal protection of the Law, Suborning purgery, presenting manufactured " evidence", HIPPA violations, denying me my right to life liberty and the persuit of happiness.

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
See attached document.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
See attached document

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
See attached document

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See attached document

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Damage to my mental health. I have significant mental health records indicating the damage these people have done to my mental health. Suicidal at times. They have relied on the bigotry of the misunderstanding of what PTSD is by Brenda Gilbert, The Park County Attorneys office, Karl Knuchel and his clients. They have significantly denied me my constitutuional rights, civil rights, my right to a fair trial, my right to cross examination, my right to free speech, right to equal protection of the law, and have denied me justice by failure to prosecute crimes commited against me.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want a complete, total and independent review/special prosecutor of every interaction I have had to have with any arm of the "Justice System" in Park County not only to review all of the times my constitutional rights have been violated but to look for crimes commited specifically by the Park County Attorneys office regarding their failure to prosecute crimes commited against me.
I want Brenda Gilbert removed as 6th District Court judge.
I want Kendra Anderson removed from her position as Park County Attorney and disbarred.
I want Karl Knuchel Disbarred.
I want a new and fair trial in my divorce case.
I want the restraining order against me to be expunged from my record.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/27/20

Signature of Plaintiff

Printed Name of Plaintiff    Chad Stone

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*    *State*    *Zip Code*

Telephone Number
E-mail Address

Judge Gilbert has been bias against Chad and exhibited misandry in Chads divorce case, Chad Stone (petitioner) vs. Lindsey Stone (respondent) . Chad's divorce case  DR 2015-117 initiated in the fall of 2015. At the time Chad was receiving 50% disability from the VA and his disability case was still under review from the Veterans Administration. Chad has now had his VA disability fully adjudicated and he is rated 90% paid at the 100% level due to unemployability. Chads ex-wife wrote a letter to the VA disability administration stating Chads total disability, in spite of her new found claims to the contrary when it came time for the divorce. This letter was also entered into evidence. Chad has attempted to do some work which resulted in long term infections in his residual limb. His doctors have warned him to discontinue this work as it would result in further amputation of his right leg and the loss of his right knee. Chad has provided Judge Gilbert by the way of exhibits in court of these infections. Chad has testified about the excruciating pain associated with these infections. Further, has had to travel from Emigrant Montana to Denver Colorado 10 times for approximately 40 days to care for his prosthetic issues in the first 10 months of 2018 creating a significant hurdle to obtaining gainful employment. This is on top of the, at times, several times a week medical appointments Chad has with the VA and outside providers in Montana. Chad's military related injuries have left him with debilitation headaches that are exasperated by certain lights, computer screens and the like. All of this evidence has been presented to Judge Gilbert. Judge Gilbert continues to insist on Chads ability to work in her rulings despite all of this evidence. Not only is this unjust but it is dehumanizing! Chad wishes every day that he could live a normal life like everyone else.

During his initial court appearance Chads key witnesses to this fact were unavailable to be in court due to a family emergency in another state while another resides in Colorado but mostly works internationally. Due to the unavailability of these witnesses in Park County Montana Chad asked the court to have his witnesses appear via electronic means which was denied by Judge Gilbert. Chad was left as a self represented litigant with very little knowledge of the law to fend for himself without any witnesses in a pool of professional liars and sharks.

When Chad met Lindsey he had a paid for home and approximately $250,000 in investment accounts that were paying him a monthly amount in addition to his VA disability. Lindsey had no assets, investments, or real property. Lindsey insisted early on in their relationship to be attached to Chads finances, something that happened. From 2012 - 2014 Lindsey totally depleted Chads investment accounts. This was the passive income that was sustaining Chad because of his disabilities and inability to work. When Lindsey left the marital home she took all of the records, evidence, that would demonstrate this. Lindsey then accused Chad of withholding the records from her. Despite the fact that Chad told Judge Gilbert that he did not have these records, and informed the judge that Lindsey is in possession of these records and that they were removed from the home by Lindsey Judge Gilbert 3 times ordered Chad to give these records to his ex wife twice holding him in contempt of court for not doing so. Chad has still not given these records to Lindsey because he does not have them. Secondary to this Judge Gilbert is ignoring the evidence that Chad's financial problems began with his marriage to Lindsey. He has not worked since 2007. He met Lindsey in 2011 and was able to maintain his financial position by being disciplined with his finances. Once the money was gone Lindsey was

gone with it. During court testimony Lindsey perjured herself overstating her financial contributions while diminishing Chads contributions. During recent testimony regarding a motion for relief from judgement Judge Gilbert would not even allow Chad to testify about these issues even though they are critical to Chad's argument that he should be relieved from the judgement denying him once again his right to be heard. Judge Gilbert has routinely ignored her professional code of conduct in this case disallowing Chads right to be heard.

In a second court appearance while hearing issues directly related to his ability to work, pay child support, and pay the judgement against him Judge Gilbert would not allow his witness who was present and on the stand to testify to these issues including the fact that he was not working for the witness despite opposing councils allegation that he was. During this second hearing Chad was being accused by his ex-wife of "violent" behavior towards her. One of Chads witness, Chuck Tanner, has observed just the opposite on several occasions. In one instance, while exchanging their son, Chads ex-wife was observed by Mr. Tanner poking Chad in the chest and screaming at him. Chad's reaction was to protect their child and shield him from view standing there and taking the abuse from his ex-wife, saying nothing until she left. Judge Gilbert would not allow this testimony to be heard. During this same hearing Chad used the word "odious" while testifying. This was determined by Judge Gilbert to be a curse word and he was thrown out of the courtroom without being allowed to finish his testimony; his remaining witnesses were also disallowed from testifying. Chad contends that if Judge Gilbert would have been following her code of conduct by disallowing opposing counsel from harassing Chad while on the witness stand he would not have used the word odious referring to the odious behavior on the part of opposition counsel. During one exchange in particular Judge Gilbert allowed opposing counsel to accuse Chad of calling him a "prick." Chad denies this allegation and the Judge has a duty to prevent opposing counsel from engaging in that type of harassment according to the Montana code of judicial conduct. As an aside, Chad is very proud of the fact that he is articulate. Chad would never insult a prick by referring to counsel, Karl Knuchel, as a prick. It was during this hearing Judge Gilbert allowed unverified text messages submitted by opposing counsel from a woman Chad was attempting to have a platonic relationship with, as evidence in a restraining order against Chad. These text messages were reportedly taken from Chad's phone and if true represents a criminal act in and of itself. Chad maintains that he did not and would not threaten his ex-wife. Chad is 43 years old and has no criminal record. He has a long proud history of being a law abiding citizen. This text message was fabricated. When Chad realized that the woman in question was interested in Chad in a way he was not interested he made several attempts to discontinue this relationship. Her response was to assault, stalk, harass, fabricate text messages, steal information from Chads phone, delete photos/contacts from Chads phone, she contacted contacts in Chad's phone including Chads ex wife, and criminally defamed him. It was discovered that this woman had been stalking Chad with an app installed on his phone intended to allow parents to control their children's phone and that this stalking had been taking place since their second interaction. The fact that the decision to issue a restraining order against Chad based on information from this woman who was not available to testify or cross examine, while ignoring evidence and disallowing Chad and Chads witnesses who were present to testify violates Montana Code Annotated TITLE 26.

EVIDENCE CHAPTER 10. MONTANA RULES OF EVIDENCE 401,402,403,404, and 405. The fact that evidence from Chad's doctors and other credible witnesses is being ignored while unverified "evidence" is being heard violates Chad's civil rights and is indicative of the bias Chad has experienced from Judge Gilbert. These actions by Judge Gilbert defy equal application of the law, fairness and impartiality of the law. Chad has observed Judge Gilbert making disgusted facial expressions towards Chad as he has testified in court. He has heard the judge ask questions of just his ex wife with a tenor of sympathy while asking Chad questions that are more accusatory in nature. During a third court appearance Chad was accused by his ex wife of creating a hostile environment at the exchanges of their son. Having faced several false accusations from his ex wife Chad had been videoing these exchanges and never once will you see Chad engaging anyone who she sends to the exchange in an negative, abrasive or an any other way than to promote a peaceful transition for FS. Chad informed Judge Gilbert of the existence of these videos and asked how to get this evidence into the record and was rebuffed. Chad in a desperate attempt to have this evidence heard presented this evidence in a subsequent motion to the court filed 6 days after the hearing. Judge Gilbert has ignored this incontrovertible evidence in her most recent ruling continuing to accuse Chad of acts that are not happening at the exchanges of our son and placing further undue hardship on Chad and causing a ruling that presents Chad as a criminal to his 5 year old son. This level of bias is criminal on her part.

Right out of the gate in this process Chad's, now ex-wife attempted to exploit his mental health records, therapy and all of the good things Chad has done to overcome massive trauma and abuse in an effort to paint Chad as someone he is not. During the process Chad provided his mental health records to Judge Gilbert for an "in camera" review. Judge Gilbert determined that these records were indicative of someone who is facing his mental health challenges mainly PTSD and that Chads mental health records were off limits in this case. Chad grew up in a household and with a father who was abusive in every way imaginable. Chad had taken several steps to separate himself from this abusive relationship including discontinuing his relationship with his parents in 2010 and changing his last name. Chads parents are a major trigger of his PTSD a fact his ex wife was well aware of. After being denied access to Chads mental health records his ex-wife took a different tactic to poison the judicial process by asking the court for a parenting evaluator. Chad agreed to this because this process was supposed to be all about Chad and Lindsey's son. This turned out to not be the case. This was an opportunity for Lindsey to exploit Chads past abuse and trauma for her personal gain in this case. The parenting evaluator despite Chads objections contacted Chads parents who were out of Chad's life 3 years prior to Chads marriage to Lindsey creating a huge PTSD reaction for Chad. This was further exacerbated by the fact that Lindsey had provided information to the parenting evaluator regarding therapy Chad when thru to get past the sexual abuse of his father. This parenting evaluator in spite of HIPPA law contacted a therapist of Chads in Colorado then misrepresented this therapy in court. Despite her own order that Chads mental health records were off limits Judge Gilbert allowed this false testimony into the case. Chad denied the way the parenting evaluator presented this therapy to the court and despite these denials Judge Gilbert wrote things in her ruling I don't even want to repeat because of how devastatingly dishonest they

were. How inhuman and lacking fact they were. The fact that Judge Gilbert allowed my ex wife to further victimize me with the abuse of my parents in this case is an abomination and an affront to justice. This was devastating to years of therapy Chad went through to get over his abusive parents and has forever compromised the safe space of therapy for Chad. Therapy is supposed to be a place where all of a person's trauma, abuse can be left never to have to have to face it again and in the midst of a divorce process Chad had to face his abusers in a way that no one should ever have to endure. Judge Gilbert took all of the good things Chad has done to get over this abuse and allowed them to be used as a weapon of further destruction to achieve a financial outcome in this divorce case. What she allowed to happen in the name of justice is an abomination and is the furthest thing from justice imaginable. The fact that Judge Gilbert has allowed this happen in the name of "justice" is odious. Judge Gilbert in this case allowed the parenting evaluator to usurp the only victory Chad has experienced in this case by allowing this misrepresentation of Chad's therapy. A person who is so entrenched in their own bias who allows something like this to occur in a place where justice is supposed to happen has no place as a judge. This has caused irreparable harm to Chad and his mental health. I am unable to interact with the court as evidenced by multiple missed court dates. I am unable to get my mail out of fear of what dishonest narrative I am going to have to fight against next! This is exactly how the court system drives thousands of veterans to suicide. Believe me I feel it. Facing the consequences of the lies that I have been living under the consequences of is almost more than I can bear. The violations of HIPPA and my 4th amendment that have happened in Park county are disgusting to me.

Chad has mostly been a self represented litigant. Montana code of judicial ethics requires Judges to make reasonable accommodations to ensure that self represented litigants have an opportunity to have their matters fairly heard. An additional way that Judge Gilbert has violated this code of ethics is by not advising Chad that witnesses for Lindsey cannot be in the courtroom during others testimony. TITLE 26. EVIDENCE CHAPTER 10. MONTANA RULES OF EVIDENCE Article VI. Witnesses Exclusion Of Witnesses
Rule 615.   Exclusion of witnesses. During all three court hearings Chads ex wife has has witnesses who have sat in on all testimony and have been able to craft their testimony around the testimony in the courtroom. Chad was unaware that witnesses are required to sit out of the courtroom until their turn to testify until researching for this complaint. Judge Gilbert has a duty to inform Chad of this fact to ensure Chad gets a fair hearing. This has been devastating to Chads ability to get a fair hearing in front of Judge Gilbert.

In an email dated Monday July 16th 2018 Chads attorney at the time, Jami Rebsom, informed Chad that "The Judge is frankly afraid of you." It is well known to Chad that Clerk of the court, June Little, is very close to Jami Rebsom personally. Chad has seen photos of Jami, her kids and Ms. Little on facebook invoking what appears to be a Godmother type relationship with Ms. Rebsom's children. Chad believes that this information came to Jami Rebsom through Ms. Little. Chad contends that this demonstrates Judge Gilberts deep seeded bias against Chad and the xenophobia/stigma/discrimination Chad has faced in the 6th district court and at the hands of Judge Gilbert based on his past military service and admitted struggles with PTSD. Chad has

had PTSD for almost 2 decades and yet not once has he ever acted violently. He has never been arrested for anything and has a long history of settling his disputes much in the same way he is handling this. Through legal and lawful means. Chad has personally observed Judge Gilbert in public several times. On two occasions he attended junior high/high school football games to watch another parents child play football. Judge Gilbert was at these games watching her son play. Chad went out of his way to avoid her. Chad has also observed Judge Gilbert in Lowes in Bozeman. Again Chad went out of his way to avoid her. That is PTSD… To avoid. Chad contends that by putting information out there that she is afraid of him she has violated her code of conduct:

RULE 2.4 External Influences on Judicial Conduct (A) A judge shall not be swayed by public clamor or fear of criticism. (B) A judge shall not permit family, social, political, financial, or other interests or relationships to influence the judge's judicial conduct or judgment. (C) A judge shall not convey or permit others to convey the impression that any person or organization is in a position to influence the judge.
AND

RULE 2.11 Judicial Statements on Pending and Impending Cases (A) A judge shall not make any public statement that might reasonably be expected to affect the outcome or impair the fairness of a matter pending* or impending* in any court, or make any nonpublic statement that might substantially interfere with a fair trial or hearing. (B) A judge shall not, in connection with cases, controversies, or issues that are likely to come before the court, make pledges, promises, or commitments that are inconsistent with the impartial* performance of the adjudicative duties of judicial office. (C) A judge shall require court staff, court officials, and others subject to the judge's direction and control to refrain from making statements that the judge would be prohibited from making by paragraphs (A) and (B).

Chad believes that this statement from the judge disqualifies her from this case based on Montana code of judicial ethics 2.12. As she has shown a bias against Chad.

Allowing this as evidence while ignoring real evidence submitted by Chads doctors, videos, witnesses, disallowing Chads witnesses to testify and his ex wifes own words consists of a violation of Chads right to be heard as defined 2008 MONTANA CODE OF JUDICIAL CONDUCT rule 2.6 Ensuring the right to be heard and demonstrates bias against Chad according to rule 2.3. In spite of the overwhelming evidence that Chad is totally disabled

Its is my contention that Judge Gilbert has violated the following codes of judicial conduct: 2.2, 2.3, 2.4, 2.5, 2.6, 2.8, 2.15, 2.16 and should be immediately suspended from her position as District court judge pending investigation. I am tired of being abused by our "justice system."

I have filed a lawsuit against the county and the judge in the 6th district court of Montana against Justice Cantin back in Jan 2020 for her violations of my rights and have heard nothing back from the 6th district court or the defendants regarding that lawsuit.

Karl Knuchel is using his position as an attorney for Lindsey Stone and Mike and Claudette Dickers to abuse/harass me and my family. Both in Justice Court and in District Court Karl has testified on the part of one of his clients in the case of the other, violating his code of ethics. One example of this was when we were in district court last time with the Divorce case with Lindsey and I had to respond to the allegations of "revving my truck up" and other noise complaints from the Dickers. This was presented as "a threat" Thinking back to this I remember moving some firewood to heat my house, getting stuck in the mud and having difficulty getting my 4 wheel drive to engage. Not a threat, not harassing, not criminal, just trying to be a responsible adult and heat my house but I get abused by it by Karl in court. He misrepresents my actions as nefarious in order to paint a lie about me and advance himself financially. It is some of the lowest forms of human behavior. This is one example out of many. It is a testament to my self control that I have had to labor under the pathological dishonesty that has been accepted as truth in the "Justice System" by Karl Knuchel. Had I known or been able to afford any representation I would have known to object due to facts not in evidence. I just do not have the aptitude due to my service connected injuries to even deal with this appropriately and I am not able to afford an attorney so I just keep getting screwed. I am so overcome with anxiety in that room that I am unable to properly engage what is going on in that room and it is held against me. Karl knows this and goes out of his way to make up as outlandish of an accusation as possible in order to get a PTSD reaction from me. It is what he did when he exploited my childhood trauma for Lindsey's financial gain. It is inhuman and I should never have to accept being abused by my childhood abuser as a 43 year old man by a lying scumbag who is doing it to advance himself financially off of the back of a disabled veteran. Noone should ever be treated like this in any situation let alone a place where justice is supposed to happen. I came home changed from my military service and I am just abused and taken advantage of for that. Karl has suborned the perjury of people like Audrey Dejangelarious in justice court (See Ryan Calls report 644). He is using his position as a "servant of the court" to harass and abuse me. He, to this day, is pursuing an illegitimate restraining order against me. (See County Attorney Kendra Anderson's memo regarding the legality and enforceability of the illegal restraining order) When this didn't work he asked the Sheriff's department to issue me a no stalking no harassment order on behalf of the Dickers. This was done, and as I pulled into my driveway from that meeting with the Sheriff, it was the Dickers who approached me then called the Sheriff's department with another of their false reporting claims that I threatened them. This event was captured on multiple devices and presented to the Sheriff Brad Bichler who said I did nothing wrong. He said "looks like a guy pulled into his driveway and began to unload a piece of rental equipment while his neighbors approached him and filmed him." Karl is driving this. The intentional screwing with my mental health/gaslighting that "servant of the court" Knuchel is participating in should never be tolerated by ANYONE! He has encouraged the Dickers to harass us with an unrelenting manner that is inhuman. There have been well over 50 cases of false reporting to the police of our legal behavior on my property. He is going out of his way to elevate PTSD and creating a crisis so he can financially benefit from it. What scares me and makes me the most angry is what he is doing to my children. His advice to his clients is to film my children and harass them into being too scared to be outside on our property. He has

instructed them to call the sheriff when my kids are sledding on our property, there have been accusations to the sheriff's department that the snowman my kids built was flipping off the Dickers, when our kids are in our garden there is the Dickers dutifully filming them. I see that behavior to be more in line with that of a pedophile. When I weedeat the sheriff comes to my house, when I cut firewood to heat my home the same thing, work in my garden here come the Sheriff's department, eating Christmas dinner 2019 I had to respond to the Sheriff's department because Karl Knuchel encourages my malfunctioning neighbors to abuse me. My birthday celebrations 2020, here comes the police. The unmitigated harassment of me by Karl only further serves to prove that he is a bottom feeding lying piece of human garbage who hides behind the "justice system" as a right to abuse/bully/harass people. I think that he is lucky that the accusations he has made about me are untrue. I have sat here and taken it. Begging the justice system as I have for the past few years for relief without avail. When I take action, on my property, to protect my kids and family he accuses me of some other nefarious activities and here comes the Sheriff. His continuing to use the "justice system" to harass me has included allegations of criminal conduct that HAVE NEVER HAPPENED, misrepresentations of my military service that has been wholly dehumanizing to me. I refuse to capitulate to anything he accomplishes in court against me because it was him and Lindsey who had to reabuse me with my childhood trauma, use the trama of my abuser to further perpetuate that abuse, misrepresent my disabilities, misrepresent my military service, misrepresent the good things I have done for myself, misrepresent my income, misrepresent her income and contributions to a house I had paid for 5 years before I met her, my ability to work, and my mental health to abuse me and achieve the illegitimacy they have achieved. They have used a made up text message to accomplish an illegitimate and damaging to my mental health order then used that order to slander me in this community. Maybe other people sit back and let others abuse them and lie about them the way I have been abused in this "justice system" but I refuse to accept a lie for the truth, I refuse to sit back and allow someone to harass/bully/lie about me for their financial gain. I am innocent of the allegations that have been made against me and I refuse to accept a lie for the truth no matter who believes the lie. The abuse of my mental health in the justice system is a sick representation of the virtue signaling (misandry) that passes off as justice. My restrained response to the abuse I have suffered at the hands of Karl and his clients through the justice system is evidence of my non violent nature. He has only pushed me to believe that there is no justice for people who can not afford a professional liar, like Karl. I have told the truth in court and am laboring under its punishment because of it. Its gross, its wrong, its immoral, it should be illegal and criminal what he has done. A lot of things have been stolen from me by Karl and Lindsey but my dignity and good name is what I want back the MOST I have no idea how someone who is so widely renowned as being a lying depraved sick abuser has anything he says accepted as truth in a courtroom. Every person I have spoken with who knows Karl in a professional manner including his clients have referred to him as a liar who can bend the law to achieve his own sick sense of justice. I have had to deal with two county attorneys who both have spoken to me about Karls "do anything-say anything" approach to winning in court. It is filthy gross. I do not have it in me, it is not in my ethos to roll around in the feces he creates in the "justice system." I am a good man, I am a law abiding citizen, I am an honest man, I have been my whole life and I WILL NOT accept anything that accuses me otherwise. I am a great

father and what I provide for all of my children should be celebrated not attacked. Living under the lies that have been told about me is almost more than I can take. It is killing me. Early on, I was suicidal because of having to live under the falsehoods, misconceptions and quite frankly bigotry that I have had to endure at his hands. I spent my youth fighting to defend the constitution only to come home, be abused by that service, have it and me misrepresented, and forced to wear the scarlet letter of PTSD by the ignorant who have no clue what PTSD really is and are more interested in marginalizing than thanking for service and see a justice system that has no semblance of justice. He has routinely violated his rules of professional conduct including his duty to pursue the truth. Karl has falsified evidence, altered evidence, concealed context of that evidence that has had evidentiary value and encouraged both Lindsey and the Dickers to do the same, he has suborned perjury, he has alluded to matters in both cases that have no relevance in the other case, and is generally a pretty horrible person.

RULE 3.4: FAIRNESS TO OPPOSING PARTY AND COUNSEL
A lawyer shall not:
(a) unlawfully obstruct another party's access to evidence, unlawfully alter, destroy or conceal a document or other material having potential evidentiary value, or counsel or assist another person to do any such act;
(b) falsify evidence, counsel or assist a witness to testify falsely, or offer an inducement to a witness that is prohibited by law;
(c) knowingly disobey an obligation under the rules of a tribunal except for an open refusal based on an assertion that no valid obligation exists;
(d) in pretrial procedure, make a frivolous discovery request or fail to make reasonably diligent effort to comply with a legally proper discovery request by an opposing party;
(e) in trial, allude to any matter that the lawyer does not reasonably believe is relevant or that will not be supported by admissible evidence, assert personal knowledge of facts in issue except when testifying as a witness, or state a personal opinion as to the justness of a cause, the credibility of a witness, the culpability of a civil litigant or the guilt or innocence of an accused; or
(f) request a person other than a client to refrain from voluntarily giving relevant information to another party unless:
(1) the person is a relative or an employee or other agent of a client; and
(2) the lawyer reasonably believes that the person's interests will not be adversely affected by refraining from giving such information.

It has come to my attention late in 2019 that Simone Simpson and Lindsey Stone probably knew each other before I knew Simone and there was probably a coordinated and concerted effort to set me up, hurt me, and impact my mental health. It's probably why the tracking software was installed on my phone by Simone when I used her bathroom on our second interaction. Its probably why I observed Lindsey driving from Helena the day I drove to Helena to meet Simone. I wonder the role Karl had in the meeting Lindsey and Simone had in Helena hours before I met Simone for the first time. The fact that my phone was provably hacked by SImone and NOTHING has been done about that just proves there is no justice for me in this county. THe

fact that the bullies I live next to have not been charged with false reporting proves to me there is no justice in this county. It's all about nepotism.

At the encouragement of the Sheriff's department and because of the ongoing bullying of us by Karl and his sycophants, we have installed a surveillance system on our property. Less than a month ago Karls clients, the Dickers, were observed flying a drone over our property after we have taken significant steps to block their view of our house/property because of the videotaping of our children. I called Karl and told him to knock it off; he denied his client's involvement. The video clearly shows someone with a flashlight standing on the Dickers property while a drone circles around a building on my property. We had a gun left on our property, then 4-6 hours later someone came on our property and rang the neck of one of our ducks, both Mel and I have had our vehicles vandalized on our property, and the false reporting to the sheriff's department continues unmitigated. The slander of me continues unmitigated. The misrepresentations of my military service continue unmitigated. The Dickers have admitted to trespassing on my property and nothing was done by the "justice system". Yet I am supposed to accept the lies he has perpetuated as the truth. I have routinely asked for prosecution for this false reporting, vandalism, slander, harassment, and trespassing and I have not yet gotten justice. We get zero follow up on any investigation, just more harassment when we garden. Meanwhile, it is my understanding that Karl and the Dickers are preparing further litigation against me because of their perceptions of me, us, and our lifestyle that have nothing to do with them. The Dickers are a couple of troglodytes that have problems with most of their neighbors. I don't have the problems with my neighbors they lie about. I have used one of my neighbors shops regularly to work on my vehicle. I have another neighbor who lives directly across from me and adjacent to the Dickers who has become a dear friend. We have friends in the neighborhood whose kids come here and visa versa. Yet another who's property also touches mine has their kid and our kids crawling through the fence to visit each other/play/have sleepovers. I have asked the Justice court for a restraining order against Karl for his using the legal system to embarrass, burden, and harass me as outlined in 4.4 of his professional code of conduct but I can't even get a hearing. A fake text message comes up that communicates no specific threat to anyone and I have a 3 year restraining order, I tell the Dickers to leave me alone and I get a 10 year restraining order, that was ultimately rendered illegal, but the abuse and attempt to not even let me be in my kitchen from Carnival Karl and his sick clients continues unabated. Someone is activally abusing me and I can't get a hearing. There was NEVER A THREAT TO ANYONE FROM ME AND I REFUSE TO ACCEPT THE LIE OR CONSEQUENCES OF THOSE LIES ANY LONGER! It's immoral, illegal, unconstitutional and dehumanizing. It is not justice. Park County is not a place where justice happens, criminals are empowered by our "justice system."

Further, on multiple occasions Mel and I have observed Lindsey's therapist, I can't remember her name, surveilling our property. On Friday June 26 2020 upon returning from a family camping trip both Mel and I observed Lindseys therapist blocking our driveway with her vehicle and taking photos of our property. I confronted her and told her to stay away from me but this will also probably be presented to the court as a threat in spite of the fact that she was the aggressor. We live at the end of a dirt road and Lindsey's therapist has no business filming us or

our property or being anywhere near me, but this behavior will probably be excused as innocent and I will be presented as the problem and gaslight some more. I regularly see her and her male partner on their bicycles or walking by our property and using binoculars and taking pictures. We see this spying on our property by Lindsey's therapist to be the hand of Karl Knuchel further working to bastardize the justice system, violating his code of professional conduct. He is conflating the abuse of me from both of his clients. What is his role in this behavior? No matter what I know that the truth is not in Karl, and we probably will be given an honest response regarding his role in this surveillance of us because the truth does not live in him. I have become aware that he routinely uses this therapist to abuse men in court exactly the way I was abused by her. It is no wonder that therapist can't be spelled without rapist… that's exactly what this "mental health professional" did to me with the misrepresentations of who I am, what happened in my marriage to Lindsey, my mental health and childhood experiences. Where do I go to get my dignity back that has been stolen by this lying thief who is now surveilling us as well?

All of this abuse and bullying of me was then used by my wife's ex husband in an attempt to affect her residential schedule with her son in the Gallatin County Court system. Her ex husband who has also trespassed on our property, assaulted Mel, assaulted me, has two other PFMA convictions, has stalked us and I can't get a hearing for a restraining order when he assaulted us in December 2019 or even a response from the court system for that matter regarding that restraining order, other than "your wife should have submitted this." I have pictures of this man on our property in Emigrant, who lives in Belgrade, and I can't even get a response from our justice system, which would appear to be a violation of Judicial Ethics.

In an effort to meet the obligations that this court ordered me to meet I have been actively working for 2 years to sell 5 acres of my property. Karl has refused to work with my representation on that issue to provide him with the Quit Claim deed this court ordered him to provide and has been actively obstructing my efforts to meet this obligation so I refuse to capitulate.

It is for all of these reasons that I am asking that Karl Knuchel be removed from this case as Lindsey's attorney and declared a conflict of interest as it relates to anything Chad Stone, Melissa Stone, or anything Homestead Stone-Smilesalot. He should not be allowed to abuse me or the justice system any longer. Frankly it would be nice to see someone, anyone, stand up for me and the mental health abuse, disgusting misrepresentations of my military service, the misrepresentations of my ability to work, the lies about me participating in criminal behavior, the lies about my "threatening behavior" and submit him to the bar association for his violations of his professional conduct and illegal behavior but I will hold my breath. Some of you have a professional obligation to report these violations to the appropriate state governing body. It would be nice to see a real pursuit of the truth instead of laboring under this pathological dishonesty and bullying. He is using his position as a servant of the court to deprive me of my life, liberty, and persuit of happiness.

This is what I can remember regarding the criminal activities that were directed at me from Lindsey during our divorce:

Lindsey tries to cut down a door in my house with a chain saw - no charges no restraining order

Lindsey is at my house at 2:30 am beating on the side of my house - no charges no restraining order

Lindsey gets my mail out of my mailbox - no charges no restraining order

Lindsey, drunk, attempts to run me over with her car while attempting to kidnap our son and take him to Colorado - no charges no restraining order

Lindsey violates one of those stupid no stalking orders - no charges no restraining orders no hearing.

My vehicle gets vandalized - no investigation can't even get the Sheriffs department to respond.

Simone Simpson assaults me. No charges no restraining order

Simone SImpson illegally accessed my phone - No charges no restraining order

Simone Simpson's either colluded with Lindsey prior to me knowing her or gained Lindsey's information along with a lot of other person pictures from my phone and used a hack of a generic message "I am going to kill her" as a reason to get a restraining order against me, despite the fact that I did not get to question my accuser because she didn't show up for court. There is evidence for both scenarios. I get a restraining order because of her illegal activities.

When my neighbor does something similar to me there are no charges, no restraining orders.

When I read the decision Elonis V US decided by the supreme court even if I had done the thing I was accused of it would not rise to the level of having a restraining order against me. Meanwhile true crimes that have been committed against me have gone uninvestigated and not prosecuted. This level of bias against me is killing me.

I am asking that someone step in here and end this bigoted, tyranny that I have been faceing in Park County.