Chad Stone
PO Box 592
Emigrant MT 59027
406-220-2711


Park COUNTY

6th district court


| | ) | Your Case No. DR 2015-117 |
|---|---|---|
Chad Stone,

Plaintiff,

Lindsey Stone,

Defendant.

### Notice to the Court/Notice of Appeal

I finally was able to overcome my PTSD reaction to the mail and with the help of my therapist open some of my legal mail this morning. I am disgusted and the injustice and lies you continue to perpetuate on me and my family. It was not always the case that I had a PTSD reaction to the mail but after Lindsey was enabled by you and the Park County "Justice System" to steal my mail, make entrance to my mailbox, (a federal crime) I have had extreme difficulty managing PTSD and the mailbox. My wife exclusively obtains the mail and I get to it when my mental health allows and sometimes with the help of my therapist. I am disgusted at the one sided bias nature of your odious rulings. Its the other reason I don't open my mail, you only rule for her and her side. My son's best interests are not of any concern. It is just you using your position to abuse me. It's gross. I am tired of you using your position to hurt me and my family. I am tired of the justice system abusing my kids, my wife and myself. Park County has shoveled so much injustice into our lives we should be divorced from having to deal with anything in the "Park County Justice System." In fact some of this has already been done in facing the tyrant who is pretending to be the Justice of the Peace. SHe has had to recuse herself from everything Chad Stone and the Park County attorney has had to take similar steps. This court has traded the truth for a lie in every case and the intentional harm that is being done, and that you have enabled, to me and my family is repugnant. The unmitigated injustice! What is wrong with you people!? You are the evidence that the words "Thank you for your service" are the words of an ungrateful nation seeking to asawage their own guilt rather thanking someone for their selfless service to the cause of the Constitution and freedom. There is no concept of equal protection of the law, Constitutional rights in this county. You are not only undeserving of your position but your basic freedoms. The "Justice System" has enabled criminal behavior from Lindsey Stone,

Simone Simpson, Mike and Claudette Dirkers through the criminal hands of Karl Knuchel. There is no equal application of the law in this county! The restraining order you issued against me for the pleasure of being sexually assaulted by Simone Simpson is an affront to justice and the rule of law. I deserve a different Judge, a fair Judge. I am suing you in Federal court for this inhumanity and you think it is ok for you just to keep on as a judge on this case! I deserve for the first time a fair shot in a courtroom! My Constitutional rights have been violated! MY human rights have been violated and Your Honor you have allowed, no enabled them in the name of misandry, them to steal my dignity and good name. You have enabled them to destroy my life to destroy my pursuit of happiness. You are enabling Hettie to continue to harass me! I made my boundary clear, after she blocked our driveway, after she has filmed our kids and has piled on with the harassment I asked this court to have her leave me alone. When the Sheriff's department came to "investigate" it's not just me saying this! She is scaring my wife! You just pile it on more. There is NO WAY my ex wife's criminal therapist should at all be involved in any therapy FS might participate in. Conflict of interest? BIG TIME! You believed a lie of a text message that said "I am going to kill her" in the context of a salmon fishing trip. I continue to deny that I wrote that regarding Lindsey. I do not want harm to come to Lindsey despite the fact that she has intentionally lied about me and tried to destroy my life. She is FS Mom and I need her. What this does demonstrate is that I have asked for Hettie to leave me alone after she has stalked and harassed my family and we see a different result. No justice we can't be left alone from this serial harasser. I want a restraining order issued against Hettie. Equal protection of the law demands that either I get the restraining order or the one you issues against me be expunged from my record. I asked for a restraining order against Karl as well and I demand it! Unlike me towards Lindsey, Hettie and Karl have actually done things to stalk us; they are actively harassing us and using FS as a weapon in that harrassment ! They are hurting me and I asked no, stop, don't, and it has been enabled by this court. Same thing that happened with the Dirkers. I sent two emails saying leave me alone and I get the restraining order. It's sick. It is unjust and it is criminal. You have used your position as District court judge to enable the criminal harassers. More of an illegitimate move to portray me as something that I am not! Not only did I call the Sheriff when I received the letter, I obtained a no stalking no harassment order against Hettie for her ongoing harassment and I have reported her to the professional board that oversees her profession. I want no contact with this person and I should be able to have that! When I say leave me alone I do not want you in my life that is my right and that boundary should be honored! My therapists say that is a legitimate boundary and the fact that this court continues to enable these professional liars to continue to trigger a PTSD reaction is more evidence of the unfair, hurtful, and tyrannical behavior from this court! Its criminal. You lost control of this by believing a bully, liar and a thief. You have suborned perjury. Perjury has been investigated and proved out in a police investigation and I get no justice. Karl has elicited this perjury and the criminal acting as County Attorney refuses to prosecute. No equal application of the law. Nepotism??? You have seen text messages of the criminal behavior of Simone and Lindsey. This is ignored. By the way all of the text messages I have sent Lindsey mysteriously disappeared from my phone the week I referenced them in court paperwork. I wonder if I am still being hacked by Lindsey and Simone. They are all gone. Lindsey has lied to you and gotten away with it. You have a duty to be in pursuit of the truth and you are too busy enforcing a lie and we little pee ons have no recourse its gross! Karl has continued this by pursuing what the Park County Attorney has described as an illegitimate restraining order. He has been actively abusing my family. I say leave me alone and I get more pressure! What a double standard of injustice you preside over. Karl has been the leader of a coordinated effort attacking me and my family daily on our property for living our life! WHEN DO I GET JUSTICE? Who is going to stop Karls abuse? The Unconstitutional behavior of the justice department in Park County is an affront to the constitution. Not only have I filed a Federal Lawsuit against you, Karl, Kendra Anderson, Linda Canton, Brad Bichler I have also asked the Montana department of Justice to

look into the criminal activity that has been pointed at me by you, Linda Canton, Kendra Anderson, The Sheriffs department and Karl Knuchel. I have asked the department of justice for a review of every action and inaction that has been directed at me and my family over the past 4 years. I am seeking criminal charges against you, Karl and Linda Canton and I have reported Karl to the bar association and Hettie to her professional oversight organization. In every case I have done what my therapist have told me to do in dealing with this and PTSD and that is lean on the "authorities" and in every case here in Park County the "authorities" have abused me further! I am tired of being bullied and abused because you believed a liar! I should never have to interact with Karl Knuchel after having to endure his bullying harassment and illegal actions towards me. The thing is that in all of this unmitigated harassment and laboring under the lies that have been exchanged for the truth, as the pedophiles next door filmed my kids at the behest of Karl, as the Park County Sheriff's department violated my Constitutional rights, I have proved that I am not a violent person. I have written letters, motions, begged those in authority for help, asked for prosecutions and I am ignored while being abused for asking for that help! You are incapable of being fair to someone with PTSD. From my perspective you are not capable of being fair to veterans or men. The attacks on my mental health you allowed, the misrepresentations of my therapies because they know your bias... I was warned about your bias and how my therapies would be misrepresented by a scumbag liar in pursuit of a dollar out of a disabled veteran... Congratulations on not being a human being. It is not human. It is not human, It is NOT HUMAN! I have proved that I use words not violence a Constitutionally protected activity especially when directed at the government or what the Declaration of Independence describes as the hoard sent by the King to harass the people. The problem in Park County is that the First amendment means nothing to you. You have a duty to respond and last year I put forth a filing that was unresponded to and ignored! I am not going to stop until I get justice from the abuse I have endured at your hands. You have enabled the abuser to continue her abuse. You have enabled lies. You have no idea how dehumanizing it is to listen to a judge who has a bigoted bias agaist against men and veterans when you advanced the lie about "my ability to work". You ignored her own statement on my complete disabilities. You have ignored my 100% disability rating from the VA. It is dehumanizing how you can look at the infections in my leg that are a result of trying to work and say that is ok. That is the opinion of an inhuman monster. These are the types of infections I get in my residual limb when I try to work. You have seen these and it doesn't matter to you. What does matter is that the lie is perpetuated. I wonder what your opinion would be if this happened to you. I hope that besides getting justice Karma gets you as well. I have never wished ill on anyone but I hope that you get to languish under the same health problems I have and I hope someone attacks you for having those health problems, misrepresents them to set your life back. Drains you financially, emotionally, and mental health wise the way you have enabled these criminal liars to do to me! Thats what you have done to me and it should be criminal. It is some of the most hurtful inhuman behavior I have endured from another person. IT is wrong on every level. I hope that the helplessness you have perpetuated on me visits you. I hope you struggle with feeling like you are going to be homeless or suicidal thoughts visits your door the way you have perpetuated me. You are a gross example of a cruel humanity that preaches caring for people while perpetuating some of the most inhuman behavior on others. Saying I can work while dealing with infections like this is inhuman and unjust. How am I supposed to walk on this!??? I deserve better! THIS IS NOT HUMAN and if it is legal I fought for the wrong side. I fought for the undeserving.









*You have ignored* letters from my doctors. You have disallowed people from testifying on my behalf. You ignored the $250,000 in spending by Lindsey of my investment account in two years. You ignored Lindsey's Methamphetamine use while pregnant. You ignored her alcoholism and drug use while pregnant. You have ignored the pattern of behavior in her family of doing this to men. You have ignored the ex boyfriend she drove to suicide behaving like she has to me. The boyfriend before me was willing to testify as to Lindsey using him for money and the fact that I paid him $15,000 to pay of Lindsey's debt to him. It is insulting beyond belief to hear that Lindsey contributed to the house. I spent my life worjking and earning so she could

*move into a paid* for house in 2013 that I totally paid for in 2007. You have enabled the theft of my past, present, and future! My wife and I actually found another 18 bottles of liquor hidden in this house less than a month ago that were from when Lindsey lived here. You have enabled them to misrepresent my therapies and abuse me with the abuse of my childhood. You enabled the ripping open of years of therapy so they could get a PTSD reaction. You allowed the misrepresentation of all of the hard work I have put in to be an overcomer of PTSD. You have perpetuated the most abusive sick behavior I have had to encounter in my life. You have perpetuated Lindsey's abuse of me. After all of that you expect me to just sit here and take it and if I don't I am the problem. I read this saying the other day: "People will push you until you have to show them your ugly side then claim to be the victim". That is EXACTLY the injustice you have done here. It's odious. After 5 years of living under this lie I am finally in a position financial position to deal with the legalized theft you have perpetuated on me, stealing from my family's future to advance a liar and a thief. Its gonna take me 15 years to pay off the money you gave her for moving into my paid for home for two years. She didn't even earn $60,000 total while we were together. It is time for this case to be reheard outside of Park County. It is time for me to get a fair shot! I deserve better than you and the injustice you perpetuate. You have too many conflicts of interest, you are hurting my child, you are hurting my family, you have done too much harm, you have perpetuated too much injustice, you have perpetuated too many lies, you have perpetuated the only abuse that actually happened in our marriage. What has been done to me and now my family in this joke of a "Justice System" that exists in Park County should not be tolerated. I demand that you recuse yourself. I demand a new hearing. I demand Justice! WHAT YOU HAVE DONE IS NOT JUSTICE! IT IS NOT FAIR AND IF IT IS LEGAL I WASTED MY LIFE AND MY YOUTH IN SERVICE TO YOU AND THIS COUNTRY! I have raised my hand to protect and defend the constitution of the United States against all enemies foreign and domestic and unfortunately that includes the Park County "Justice System." I will never quit until I get justice from the criminal behavior this court has enabled against me! I deserve to be free from the criminals who have leveraged your courtroom to hurt me! Justice demands that the sickness of injustice and criminality that I have had to face in that building and from you must be brought to justice. I demand that you recuse yourself from this case and this case be heard in front of a fair court! Our Justice system should not be a place where professional liars like Karl Knuchel are allowed to go in and destroy peoples lives for money.


CC Karl Knuchel, Park County Justice Court, Park County Attorney, Park County Sheriff's Department, Burt Howitzer, Montana Supreme Court, Montana Judicial Standards commission, Montana Bar association, Montana Department of Labor and Industry, Montana Department of Justice, United States District Court of Montana.

[illegible]

[illegible] Constitution [illegible] is in every case and the [illegible] that you have enabled [illegible] to me and my family is [illegible] What is wrong with your people ? You are the evidence that the words "Thank you for your service" are the words of an ungrateful nation seeking to assuage their own guilt rather than thanking someone for their selfless service to the cause of the Constitution and freedom. There is no concept of equal protection of the law, Constitutional rights in this country. You are not only undeserving of your position but [illegible]. The [illegible]