IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE,<br><br>  Plaintiff,<br><br>vs.<br><br>JUSTICE OF THE PEACE LINDA CANTON; SHERIFF BRAD BICHLER; ATTORNEY KARL KNUCHEL; MIKE DIRKERS; CLAUDETTE DIRKERS; CHRIS WILLIAMS; SHARRON STAN; PARK COUNTY ATTORNEY KENDRA LASSITER (ANDERSON); DISTRICT COURT JUDGE BRENDA GILBERT; PARK COUNTY SHERIFFS DEPARTMENT,<br><br>  Defendants. | Cause No. CV 20-109-BLG-SPW-KLD<br><br><br>ORDER |

On July 22, 2020, Plaintiff Stone filed a complaint seeking redress for what he describes as a course of illegal activities against him. On August 3, 2020, he filed another complaint in the same action (Doc. 4), and on October 20, 2020, he filed a document captioned for another court and titled "Notice to the Court/Notice of Appeal" (Doc. 5).

1

On March 12, 2021, the Court advised Stone that his complaint fails to comply with the Federal Rules of Civil Procedure. *See* Order (Doc. 6) at 8–10; *see also* Compl. (Doc. 2) at 5 ¶ IV, 7–19; Supp. (Doc. 4) at 5 ¶ IV, 7–17; Notice/Letter (Doc. 5) at 1, 3, 5, 7, 9, 11. Stone was also advised of some points of law that appeared to limit the relief available in federal court. *See* Order at 3–8. Stone was given an opportunity to amend his pleadings by April 30, 2021. *See id*. at 10 ¶ 2.

Stone did not respond to the Order.

Based on the foregoing, the Court enters the following:

**ORDER**

On or before **June 1, 2021,** Stone must show cause why this matter should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

<u>Stone must immediately advise the Court of any change in his mailing address</u> by filing a Notice of Change of Address. Failure to do so may result in dismissal of this action without notice to him.

DATED this 25th day of May, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge