IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE,<br><br>               Plaintiff,<br><br>vs.<br><br>JUSTICE OF THE PEACE LINDA CANTON; SHERIFF BRAD BICHLER; ATTORNEY KARL KNUCHEL; MIKE DIRKERS; CLAUDETTE DIRKERS; CHRIS WILLIAMS; SHARRON STAN; PARK COUNTY ATTORNEY KENDRA LASSITER (ANDERSON); DISTRICT COURT JUDGE BRENDA GILBERT; PARK COUNTY SHERIFFS DEPARTMENT,<br><br>               Defendants. | CV 20-109-BLG-SPW<br><br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on June 15, 2021. (Doc. 8). The Magistrate recommended that Stone's Complaint (Doc. 2) be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to follow the Court's instructions. (Doc. 8 at 5).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and

Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 8) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Stone's Complaint is DISMISSED WITHOUT PREJUDICE and the Clerk of Court shall enter judgment, by separate document, pursuant to Rule 58 of the Federal Rules of Civil Procedure and shall certify that any appeal will not be taken in good faith, pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B).

DATED this 8th day of July 2021.

SUSAN P. WATTERS
United States District Judge