UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHAD STONE,<br><br>                  Plaintiff,<br><br>vs.<br><br>JUSTICE OF THE PEACE LINDA CANTON; SHERIFF BRAD BICHLER; ATTORNEY KARL KNUCHEL; MIKE DIRKERS; CLAUDETTE DIRKERS; CHRIS WILLIAMS; SHARRON STAN; PARK COUNTY ATTORNEY KENDRA LASSITER (ANDERSON); DISTRICT COURT JUDGE BRENDA GILBERT; PARK COUNTY SHERIFFS DEPARTMENT,<br><br>                  Defendants. | Case No. CV-20-109-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

              **JUDGMENT entered that Stone's Complaint is DISMISSED WITHOUT PREJUDICE**

      Dated this 8th day of July, 2021.

                      TYLER P. GILMAN, CLERK

                      By: /s/ A. Carrillo
                           Deputy Clerk